**Electronically Filed**
**Supreme Court**
**SCWC-17-0000803**
**25-SEP-2020**
**10:41 AM**

SCWC-17-0000803

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MAKILA LAND CO., LLC.,
Petitioner/Plaintiff-Appellant,

vs.

HEIRS OR ASSIGNS OF APAA (k), et al.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000803; CIVIL NO. 02-1-0107(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Castagnetti, assign to vacancy)

Petitioner's application for writ of certiorari filed

on July 28, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, September 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

